UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NIDIA MERRILL,

    Plaintiff,

v.                                Case No: 2:15-cv-232-FtM-38MRM

DYCK-O'NEAL, INC.,

    Defendant.
_____/

## **NOTICE**[1]

This matter comes before the Court upon review of Plaintiff Nidia Merrrill's Notice to the Court. (Doc. 59). The Notice, which is based on Local Rule 3.01(h), states that Merrill's Motion for Summary Judgment has been ripe for more than 180 days. (Doc. 59 at 1). The undersigned has been the only active district judge in the Fort Myers Division since June 2015. This will continue to be the case for the near future. Because of the undersigned's demanding trial calendar and heavy criminal and civil caseload, consenting to the United States Magistrate Judge is an available option. Otherwise, the Court is aware of Merrill's motion and continues to consider it.

**DONE** and **NOTICED** in Fort Myers, Florida this 18th day of October 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.